UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

James Mark Vogel,

                Plaintiff,

vs.                                 ORDER ADOPTING
                                       REPORT AND RECOMMENDATION

Department of Corrections
Commissioner Joan Fabian,

                Defendant.                Civ. No. 08-1354 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Petition for Writ of Habeas Corpus [Docket No. 1] is dismissed, as untimely.


Dated: 7/31/08                                          s/Patrick J. Schiltz
                                                                 Patrick J. Schiltz
                                                                  United States District Judge